**Quintis DYE, Plaintiff—Appellant,**

v.

**Chris BATTEN, Sheriff; Alexander Singletary, Deputy Sheriff; Gregg Cole; Clemintine Thompson; Ronald Hewett, Sheriff; Jane Evans, Deputy Sheriff; Kevin Holden, Defendants—Appellees.**

No. 06–7735.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 22, 2006.

Quintis Dye, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quintis Dye appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dye v. Batten*, No. 5:06–cv–03034–H (E.D.N.C. Oct. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*